IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NANCY STREMEL, Individually, and as Special Administrator of the ESTATE OF ALICE SOUTH )<br><br>Plaintiffs, )<br><br>vs. )<br><br>)<br>GREAT BEND-LTC, LLC; d/b/a GREAT BEND HEALTH & REHAB CENTER; FIVE RIVERS MANAGEMENT LLC; DAREN DOUSTON; AND KERRY GIBSON )<br><br>Defendants. ) | Case No. 2:18-cv-02395<br><br>Jury Trial Demanded |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs move to dismiss this matter without prejudice. To date, defendants have not answered the complaint. Therefore, dismissal without prejudice is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiffs request that the Court dismiss this matter without prejudice.

1

Respectfully submitted,

THE STEELE LAW FIRM

/s/ Jonathan Steele
Jonathan Steele           KS # 24852
2345 Grand Blvd., Suite 750
Kansas City, MO 64108
Telephone: 816.754.6473
E-mail: jonathan@jsteelelawfirm.com

*Attorney for Plaintiff*